UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRANK INMAN, | ) |
|     Plaintiff, | ) |
| v. | )    2:15-cv-00267-JAW |
| LARRY AUSTIN, et al., | ) |
|     Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on August 24, 2015 his Recommended Decision (ECF No. 8).  The Plaintiff filed his objections to the Recommended Decision on September 16, 2015 (ECF No. 14).  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge (ECF No. 8) is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that all federal claims other than the retaliation claim in Plaintiff's Complaint (ECF No. 1) be and hereby are <u>DISMISSED</u>.  Moreover, Plaintiff's claim against Assistant Attorney General Diane Sleek is <u>DISMISSED</u>.  Finally, the Court <u>ORDERS SERVICE</u> on the remaining Defendants based on his retaliation claim under 42 U.S.C. § 1983 and the supplemental state law claims.

SO ORDERED.

                                      <u>/s/ John A. Woodcock, Jr.</u>
                                      JOHN A. WOODCOCK, JR.
                                      UNITED STATES DISTRICT JUDGE

Dated this 2nd day of December, 2015