UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRANK INMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:15-cv-00267-JAW |
| ) | |
| LARRY AUSTIN, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION TO AMEND COMPLAINT**

On October 19, 2015, Frank Inman moved to amend his complaint by adding exhibits related to his retaliation claim. *Letter Mot. to Amend Compl.* (ECF No. 16). The Court GRANTS the Plaintiff's motion to amend his complaint and ORDERS Frank Inman to file an amended complaint no later than January 5, 2016 making specific reference to the exhibits attached to his letter motion to amend the complaint.

SO ORDERED.


/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 15th day of December, 2015