UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRANK INMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:15-cv-00267-JAW |
| LARRY AUSTIN, et al., | ) ) ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On October 30, 2015, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 20).  The Plaintiff filed his objection to the Recommended Decision on November 16, 2015 (ECF No. 21).  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge (ECF No. 20) is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Plaintiff's Motion for Release (ECF No. 19) be and hereby is <u>DENIED</u>.

SO ORDERED.

                                  <u>/s/ John A. Woodcock, Jr.</u>
                                  JOHN A. WOODCOCK, JR.
                                  UNITED STATES DISTRICT JUDGE

Dated this 16th day of December, 2015