UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| FRANK INMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:15-cv-00267-JAW |
| | ) | |
| LARRY AUSTIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 2, 2016 (ECF No. 49), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion to Amend Complaint (ECF No. 31) be and hereby is DENIED; that Plaintiff's Motion to Add Diane Sleek as a Defendant (ECF No. 32) be and hereby is DENIED; and, that Plaintiff's Motion to Join James Lussier as a Defendant (ECF No. 34) be and hereby is DENIED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 30th day of March, 2016