UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRANK INMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:15-cv-00267-JAW |
| | ) |
| LARRY AUSTIN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 30, 2016 (ECF No. 53), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendants' Motion for Summary Judgment (ECF No. 50) be and hereby is GRANTED on Plaintiff's remaining federal claims and judgment shall enter in favor of Defendants on Plaintiff's federal claims. It is further ORDERED that Plaintiff's state claims be and hereby are DISMISSED without prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 1st day of August, 2016